IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-CV-01526-CMA-MJW

KIM F. SMITH and YULDUZ SMITH individually and
as parents and next friend of STANTON AZAM SMITH,

    Plaintiffs,

v.

MONESSEN HEARTH SYSTEMS CO., CFM
MAJESTIC U.S. HOLDINGS, INC., CFM U.S.
CORPORATION, CFM CORP., 2089451 ONTARIO
LTD., CFM CANADA, VAIL SUMMIT RESORTS,
INC., d/b/a BRECKENRIDGE PROPERTY
MANAGEMENT, PAUL BENGTSON, MARY
BENGTSON, SHEILA SCHULTHESZ, and HENRY
SCHULTHESZ

    Defendants.

**ORDER**

THE COURT, having reviewed Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint, and being fully advised of its premises, hereby GRANTS the motion and accepts Plaintiffs' Second Amended Complaint attached to the motion as Exhibit A for filing as of the date of this Order.

DATED this 23rd day of August, 2011.

                              BY THE COURT:

                              Hon. Michael J. Watanabe
                              United States Magistrate Judge