IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01526-CMA-MJW

KIM F. SMITH and YULDUZ SMITH, individually and as parents and next friend of STANTON AZAM SMITH,

Plaintiff(s),

v.

MONESSEN HEARTH SYSTEMS CO.,
CFM MAJESTIC U.S. HOLDINGS, INC.,
CFM U.S. CORPORATION,
CFM CORP.,
2089451 ONTARIO LTD.,
CFM CANADA,
VAIL SUMMIT RESORTS, INC., d/b/a Breckenridge Property Management,
PAUL BENGTSON,
MARY BENGTSON,
SHEILA SCHULTHESZ,
HENRY SCHULTHESZ, and
JOHN DOE DEFENDANTS 1 AND 2,

Defendant(s).

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant Vail Summit Resorts, Inc. d/b/a Breckenridge Property Management's Unopposed Motion to Amend Scheduling Order (docket no. 42) is DENIED WITHOUT PREJUDICE. Although the subject motion is captioned "Unopposed", there is no averment consistent with D.C.COLO.LCivR 7.2 within the subject motion stating that all other parties do not oppose this motion.

Date: September 15, 2011