IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01526-CMA-MJW

KIM F. SMITH and  YULDUZ  SMITH, individually and as parents and next friend of
STANTON AZAM SMITH,

Plaintiff(s),

v.

MONESSEN HEARTH SYSTEMS CO.,
CFM MAJESTIC U.S. HOLDINGS, INC.,
CFM U.S. CORPORATION,
CFM CORP.,
2089451 ONTARIO LTD.,
CFM CANADA,
VAIL SUMMIT RESORTS, INC., d/b/a Breckenridge Property Management,
PAUL BENGTSON,
MARY BENGTSON,
SHEILA SCHULTHESZ,
HENRY SCHULTHESZ, and
JOHN DOE DEFENDANTS 1 AND 2,

Defendant(s).

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant Vail Summit Resorts, Inc.'s [Renewed]
Unopposed Motion to Amend Scheduling Order (docket no. 45) is GRANTED finding
good cause shown and finding no objections by any of the other parties.  The current
language outlined Section 8(d)(iii) of the Scheduling Order is STRICKEN.  Section
8(d)(iii) of the Scheduling Order is amended as follows:

"Defendants are allowed to conduct ex parte interviews of plaintiff Stanton
Smith's treating providers, excepting any provider who might have information
residual to the injuries sustained in the accident at issue pursuant to Reutter v.
Weber, 179 P.2d 977 (Colo. 2007).  Defendants are ordered to confer with each
other regarding the scheduling of any such interviews in an attempt to avoid
multiple interviews and/or depositions of the same provider."

Date:  September 16, 2011