IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01526-RBJ-MJW

KIM F. SMITH, and
YULDUZ SMITH, individually and as parents
and next friend of STANTON AZAM SMITH,

    Plaintiffs,

v.

MONESSEN HEARTH SYSTEMS CO.,
CFM MAJESTIC U.S. HOLDINGS, INC.,
CFM U.S. CORPORATION,
CFM CORP.,
2089451 ONTARIO LTD.,
CFM CANADA,
VAIL RESORTS, INC.,
PAUL BENGTSON,
MARY BENGTSON,
SHEILA SCHULTHESZ, and
HENRY SCHULTHESZ,

    Defendants.

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **two-week jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **January 28, 2013 at 9:00 a.m.**

A Trial Preparation Conference is set for **January 10, 2013 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 28th day of November, 2011.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge