IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01526-RBJ-MJW

KIM F. SMITH and YULDUZ SMITH, individually and as parents and next friend of STANTON AZAM SMITH,

Plaintiff(s),

v.

MONESSEN HEARTH SYSTEMS CO.,
CFM MAJESTIC U.S. HOLDINGS, INC.,
CFM U.S. CORPORATION,
CFM CORP.,
2089451 ONTARIO LTD.,
CFM CANADA,
VAIL SUMMIT RESORTS, INC., d/b/a Breckenridge Property Management,
PAUL BENGTSON,
MARY BENGTSON,
SHEILA SCHULTHESZ,
HENRY SCHULTHESZ, and
JOHN DOE DEFENDANTS 1 AND 2,

Defendant(s).

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiffs' Motion to Withdraw Motion for Protective Order (docket no. 93) is GRANTED finding good cause shown.

It is FURTHER ORDERED that the Plaintiffs' Motion for Protective Order (docket no. 91) is WITHDRAWN.

Date: April 23, 2012