IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-CV-01526-RBJ-MJW

_____

YULDUZ SMITH, as personal representative of the ESTATE OF KIM F. SMITH,
and YULDUZ SMITH, individually and as parents and next friend of
STANTON AZAM SMITH,

      Plaintiffs,

v.

MONESSEN HEARTH SYSTEMS CO.;
CFM MAJESTIC U.S. HOLDINGS, INC.,
CFM U.S. CORPORATION; CFM CORP.;
2089451 ONTARIO LTD.;
CFM CANADA;
VAIL SUMMIT RESORTS, INC.,
d/b/a BRECKENRIDGE PROPERTY MANAGEMENT;
PAUL BENGTSON;
MARY BENGTSON;
SHEILA SCHULTHESZ; and
HENRY SCHULTHESZ,

      Defendants.

_____

**ORDER RE: DEFENDANT VAIL SUMMIT RESORTS, INC.'S UNOPPOSED MOTION
TO AMEND SCHEDULING ORDER RE: EXPERT DISCLOSURES AND EXPERT
DISCOVERY** ( Docket No 137 )

_____

      THIS MATTER, having come before this Court on Vail Summit Resorts, Inc.'s

Unopposed Motion to Amend Scheduling Order re: Expert Disclosures and Expert Discovery,

the Court having reviewed said Motion and being otherwise fully advised in the premises;

      DOES ORDER that the Motion is Granted and the Scheduling Order is amended as

follows:

1

- Stanton Smith will be evaluated by Moulton, M.D. and Boulder, OTRCHT on the August 23, 2012, and Vail Summit Resorts's expert disclosures concerning medical experts will be due on August 30, 2012.

- Plaintiffs will have 30 days from the date that Vail Summit Resorts discloses its medical experts—up to and including September 30, 2012—to take the depositions of the medical experts identified in those disclosures.

DATED this 20ᵗʰ day of __August__, 2012.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2