IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01526-RBJ-MJW

YULDUZ  SMITH, individually,
and as parent and next friend of
STANTON AZAM SMITH,
and as personal representative of the
ESTATE OF KIM F. SMITH,

Plaintiff(s),

v.

MONESSEN HEARTH SYSTEMS CO.,
CFM MAJESTIC U.S. HOLDINGS, INC.,
CFM U.S. CORPORATION,
CFM CORP.,
2089451 ONTARIO LTD.,
CFM CANADA,
VAIL SUMMIT RESORTS, INC., d/b/a BRECKENRIDGE PROPERTY MANAGEMENT,
PAUL BENGTSON,
MARY BENGTSON,
SHEILA SCHULTHESZ,
HENRY SCHULTHESZ, and
JOHN DOE DEFENDANTS 1 and 2,

Defendant(s).

---

## MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiffs' Second Motion to Compel Production of Documents and Motion to Compel Responses to Deposition Questions Pursuant to Fed. R. Civ. P. 37(a) and for Sanctions Pursuant to D.C.COLO.LCivR 30.3 (docket no. 140) is **DENIED** for the following reasons.

This is a premises liability claim against defendant Vail Summit Resorts, Inc. ("Vail") and not a products liability claim against defendant Vail. The information requested in Plaintiff's Request for Production of Documents No. 2 seeks information from Vail regarding incidents involving fireplaces that occurred **after June 27, 2009.**  In other words, after the alleged incident as plead in the Complaint.  Furthermore, the questions that plaintiff is seeking an order to compel deponents to answer are all framed

2

during a time frame **after June 27, 2009**.  I find that such discovery requests concerning incidents and matters **after June 27, 2009,** are irrelevant under Fed. R. Evid 401 to the issues before this court concerning defendant Vail.  Such discovery requested in the subject motion (docket no. 140) will not lead to the discovery of admissible evidence at trial.  In addition, the case law cited by plaintiff relating to product liability cases is misplaced.  Lastly, the relevant time frame for discovery in this case concerning defendant Vail is **on or prior to June 27, 2009.**

Date: September 10, 2012 _____