IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01526-RBJ-MJW

YULDUZ SMITH, individually,
and as parent and next friend of
STANTON AZAM SMITH,
and as personal representative of the
ESTATE OF KIM F. SMITH,

Plaintiff(s),

v.

MONESSEN HEARTH SYSTEMS CO.,
CFM MAJESTIC U.S. HOLDINGS, INC.,
CFM U.S. CORPORATION,
CFM CORP.,
2089451 ONTARIO LTD.,
CFM CANADA,
VAIL SUMMIT RESORTS, INC., d/b/a BRECKENRIDGE PROPERTY MANAGEMENT,
PAUL BENGTSON,
MARY BENGTSON,
SHEILA SCHULTHESZ,
HENRY SCHULTHESZ, and
JOHN DOE DEFENDANTS 1 and 2,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Stipulated Motion to Amend Scheduling Order RE: Expert Depositions (Docket No. 147) is granted.  The Scheduling Order is amended to extend the deadline to complete expert depositions to November 6, 2012.

Date: October 11, 2012